Kourtney J.A. Knop, Esq. (KK-6117)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

CLOSED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF,<br><br>Petitioners,<br><br>v.<br><br>BLUE RIDGE CONSTRUCTION CORPORATION,<br><br>Respondent. | Hon.<br><br>Civil Action No. 10-4675<br><br>**CIVIL ACTION**<br><br>**ORDER CONFIRMING**<br>**ARBITRATION AWARD** |

**THIS MATTER** having come before the Court by Kroll Heineman, LLC, (Kourtney J.A. Knop, Esq., appearing) attorneys for Petitioners, pursuant to a Petition to Confirm the Arbitration Award; this Court having fully considered the moving and opposition papers submitted by the parties, as well as the arguments of counsel, if any, and for good and sufficient cause shown;

**IT IS** on this 18th day of October 2010,

**ORDERED, ADJUDGED, AND DECREED** that the Opinion and Award of July 27, 2010 shall and are hereby CONFIRMED.

_____
Judge, United States District Court
Hon. Faith S. Hochberg, U.S.D.J.