Kourtney J.A. Knop, Esq. (KK-6117)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*



### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Hon. |
| | Civil Action No. 10-4675 |
| Petitioners, | **CIVIL ACTION** |
| v. | **ORDER CONFIRMING** |
| BLUE RIDGE CONSTRUCTION CORPORATION, | **ARBITRATION AWARD** |
| Respondent. | |

**THIS MATTER** having come before the Court by Kroll Heineman, LLC, (Kourtney J.A. Knop, Esq., appearing) attorneys for Petitioners, pursuant to a Petition to Confirm the Arbitration Award; this Court having fully considered the moving and opposition papers submitted by the parties, as well as the arguments of counsel, if any, and for good and sufficient cause shown;

**IT IS** on this 18th day of October 2010,

**ORDERED, ADJUDGED, AND DECREED** that the Opinion and Award of July 27, 2010 shall and are hereby CONFIRMED.

_____
Judge, United States District Court
Hon. Faith S. Hochberg, U.S.D.J.